# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD TYSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:11CV722 JCH |
| | ) | |
| THE ATTORNEY GENERALS | ) | |
| AND THE STATE OF MISSOURI, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER OF DISMISSAL**

This case involves an application for habeas corpus relief filed pursuant to 28 U.S.C. § 2254. Petitioner challenges the legality of his designation as a sexually violent predator by the Circuit Court of Jackson County, Missouri, and his involuntary civil commitment and detention based on that designation. This is not petitioner's first federal challenge regarding the basis for his present detention. See Tyson v. State of Missouri, No. 08-0927-CV-W-FJG-P (habeas corpus relief pursuant to § 2254 denied on April 12, 2010).

Petitioners who want to file a second or successive application for habeas corpus relief must first obtain from the appropriate court of appeals an order authorizing the district court to consider the application. 28 U.S.C. § 2254(b)(3)(A). Petitioner has not obtained the required authorization.

Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed for lack of jurisdiction.

Dated this 9th day of May, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE